STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
CHERIE M. SUTHERLAND (SBN 217992)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

J. EDWARD KERLEY (SBN 175695)
DYLAN L. SCHAFFER (SBN 153612)
HEREFORD KERLEY LLP
1939 Harrison Street, Suite 500
Oakland, California 94612
Telephone: 510.379.5801
Facsimile: 510.228-0350

Attorney for Plaintiffs
JOSE and YADIRA FLORES dba LA ROSA MARKET

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FLORES, an individual, and YADIRA FLORES, an individual, dba LA ROSA MARKET,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Company, and DOES 1 through 15,<br><br>Defendants. | CASE NO.  CV 13-05348 VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S SCHEDULING ORDER** |

Plaintiffs and State Farm General Insurance Company ("State Farm"), by and through their respective counsel, hereby stipulate to revise the Court's February 18, 2014 Pretrial Schedule (Dkt 18) as follows:

# I.
# RECITALS

1.   The parties have been working diligently toward moving this case forward in an efficient, expeditious manner.  The current deadline to complete fact discovery is October 24, 2014.

547972                                                           -1-

Despite the parties' diligent efforts and cooperation to complete the depositions of fact witnesses, there are certain fact witnesses whose depositions cannot be scheduled by that date due to the lack of mutually available dates between and among counsel and the remaining witnesses.  For that reason, the parties have agreed to stipulate to a proposed order extending the deadline for fact discovery, and the deadlines for expert disclosure, rebuttal disclosure and expert discovery, to enable the parties to complete fact and expert discovery without incurring undue burden and expense.

2. The parties do not seek to continue any deadlines other than the deadlines for fact discovery, expert disclosure, rebuttal disclosure and expert discovery.  The parties do not seek to continue the trial date or the pretrial conference date.

## II.
## STIPULATION

The parties hereby stipulate to the following revisions to the court's Pretrial Schedule:

1. Discovery Cutoff                     January 16, 2015
                                        (currently October 24, 2014)

2. Expert Disclosure                    January 30, 2015
                                        (currently November 21, 2014)

2. Expert Rebuttal                      February 13, 2015
                                        (currently December 19, 2014)

2. Expert Discovery Cutoff              February 27, 2015
                                        (currently January 30, 2015)

Dated: September 30, 2014          HEREFORD KERLEY, LLP

                                   By  */S/ Dylan L. Schaffer*
                                        J. EDWARD KERLEY
                                        DYLAN L. SCHAFFER
                                        Attorney for Plaintiffs
                                        JOSE and YADIRA FLORES dba LA ROSA
                                        MARKET

547972                            -2-
**STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S
SCHEDULING ORDER - CASE NO. CV 13-05348 VC**

Dated: September 30, 2014           HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By     */S/ Stephen P. Ellingson*
　　　　STEPHEN M. HAYES
　　　　STEPHEN P. ELLINGSON
　　　　CHERIE M. SUTHERLAND
　　　　Attorneys for Defendant
　　　　STATE FARM GENERAL INSURANCE
　　　　COMPANY

## [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, the Pretrial Schedule is revised as follows:

1. Discovery Cutoff                           January 16, 2015
                                              (currently October 24, 2014)

2. Expert Disclosure                          January 30, 2015
                                              (currently November 21, 2014)

2. Expert Rebuttal                            February 13, 2015
                                              (currently December 19, 2014)

2. Expert Discovery Cutoff                    February 27, 2015
                                              (currently January 30, 2015)

The remaining dates and deadlines set forth in the Civil Minutes dated February 18, 2014 (Dkt 18) remain unchanged.

Dated: __October 1__, 2014

　　　　　　　　　　　　　　　　　HONORABLE VINCE CHHABRIA
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT FOR THE
　　　　　　　　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Vince Chhabria

547972                                -3-

**STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S
SCHEDULING ORDER - CASE NO. CV 13-05348 VC**