STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
CHERIE M. SUTHERLAND (SBN 217992)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California  94065
Telephone:  650.637.9100
Facsimile:  650.637.8071

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

J. EDWARD KERLEY (SBN 175695)
DYLAN L. SCHAFFER (SBN 153612)
HEREFORD KERLEY LLP
1939 Harrison Street, Suite 500
Oakland, California 94612
Telephone:  510.379.5801
Facsimile: 510.228-0350

Attorney for Plaintiffs
JOSE and YADIRA FLORES dba LA ROSA MARKET

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FLORES, an individual, and YADIRA FLORES, an individual, dba LA ROSA MARKET,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Company, and DOES 1through 15,<br><br>Defendants. | CASE NO.   CV 13-05348 VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO REVISE THE COURT'S SCHEDULING ORDER** |

Plaintiffs and State Farm General Insurance Company ("State Farm"), by and through their respective counsel, hereby stipulate to revise the Court's February 18, 2014 Pretrial Schedule (Dkt 18) as follows:

**I.**
**RECITALS**

1. The parties are in the process of completing fact discovery, including depositions. The parties also have been working together to secure discovery from third parties who are significant

565687                                           -1-

1  witnesses.  Despite the parties' cooperation in discovery, the parties do not anticipate being able to
2  complete depositions by the current fact discovery deadline of January 16, 2015.

3    2. The parties are engaged in active settlement discussions.  The parties would like to
4  avoid incurring additional costs related to fact and expert discovery while discussing settlement.
5  Additionally, incurring significant additional costs, e.g. for experts, could be an impediment to
6  settlement.

7    3. The parties have initiated the Court's discovery dispute resolution process pursuant to
8  Paragraph 9 (Discovery) of the Court's Standing Order.  The parties have submitted three joint letters
9  to the Court addressing several discovery issues. (Dkt 33, 45 & 35.)  The outcome of these discovery
10 disputes may impact the remaining depositions and additional discovery.

11   4. The parties previously stipulated to an order continuing the fact and expert discovery
12 deadlines.  The Court entered its order on that stipulation on October 2, 2014 (Dkt 32).  Significant
13 developments since then have included the recent settlement discussions, the unavailability of key
14 witnesses for deposition for different reasons and the discovery disputes currently pending before the
15 Court.

16   5. For these reasons, the parties have agreed to stipulate to a proposed order extending
17 the deadline for fact discovery, and the deadlines for expert disclosure, rebuttal disclosure and expert
18 discovery, to enable the parties to fully explore the potential for settlement without incurring undue
19 additional burden and expense.

20   6. The parties are mindful of the other pretrial deadlines in the current Pretrial Schedule,
21 and do not believe that the stipulated fact and expert discovery extensions will affect their ability to
22 comply with those deadlines.

23   7. The parties do not seek to continue any deadlines other than the deadlines for fact
24 discovery, expert disclosure, rebuttal disclosure and expert discovery.  The parties do not seek to
25 continue the trial date or the pretrial conference date.  However, the parties are agreeable to doing so
26 if the Court prefers to continue those dates in addition to the discovery and expert discovery
27 deadlines addressed in this stipulation.

28

## II.
## STIPULATION

The parties hereby stipulate to the following revisions to the court's Pretrial Schedule:

1. Discovery Cutoff       February 13, 2015
   (currently January 16, 2015)

2. Expert Disclosure       February 27, 2015
   (currently January 30, 2015)

3. Expert Rebuttal       March 13, 2015
   (currently February 13, 2015)

4. Expert Discovery Cutoff       March 20, 2015
   (currently February 27, 2015)

Dated: December 10, 2014    HEREFORD KERLEY, LLP

By    */S/ Dylan L. Schaffer*
   J. EDWARD KERLEY
   DYLAN L. SCHAFFER
   Attorney for Plaintiffs
   JOSE and YADIRA FLORES dba LA ROSA MARKET

Dated:  December 10, 2014    HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By    */S/ Stephen P. Ellingson*
   STEPHEN M. HAYES
   STEPHEN P. ELLINGSON
   CHERIE M. SUTHERLAND
   Attorneys for Defendant
   STATE FARM GENERAL INSURANCE COMPANY

# [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, the Pretrial Schedule is revised as follows:

1. Discovery Cutoff — February 13, 2015 (currently January 16, 2015)

2. Expert Disclosure — February 27, 2015 (currently January 30, 2015)

3. Expert Rebuttal — March 13, 2015 (currently February 13, 2015)

4. Expert Discovery Cutoff — March 20, 2015 (currently February 27, 2015)

The remaining dates and deadlines set forth in the Civil Minutes dated February 18, 2014 (Dkt 18) remain unchanged.

Dated: December 12, 2014

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION AND [PROPOSED] ORDER TO REVISE THE COURT'S
SCHEDULING ORDER - CASE NO. CV 13-05348 VC**